## CASE ANNOUNCEMENTS
*September 20, 2010*

[Cite as *09/20/2010 Case Announcements*, 2010-Ohio-4395.]

## DISCIPLINARY CASES

**2009–1145. Cleveland Metro. Bar Assn. v. Nance.**
This cause came on for further consideration upon the filing by respondent of a motion to vacate order of contempt. Upon consideration thereof,

Respondent has not paid costs or filed an affidavit of compliance as required by the court's order of November 19, 2009. Accordingly, it is ordered by this court that the motion is denied.

## CASE ANNOUNCEMENTS

*September 22, 2010*

[Cite as *09/22/2010 Case Announcements*, 2010-Ohio-4443.]

## MOTION AND PROCEDURAL RULINGS